Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

Jemica LaShun Rowe
_____
Plaintiff,
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Comfort Care Home Health
_____
Defendant(s),
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: _____
(to be filled in by the Clerk's Office)

JURY TRIAL ☒ Yes ☐ No

2:17-cv-01250-JHE

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

  A. **The Plaintiff**
  
  Name: Jemica LaShun Rowe
  Street Address: 8941 Roebuck Blvd., Apt #7
  City and County: Birmingham, Jefferson
  State and Zip Code: AL 35206
  Telephone Number: (205) 706-1673
  E-mail Address (if known): _____

  ☐ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

07/26/17
Date

Jemica Rowe
Participant Signature

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Comfort Care Home Health, East
- Job or Title *(if known)*:
- Street Address: 1976 Gadsden Hwy #205
- City and County: Birmingham, Jefferson
- State and Zip Code: AL 35235
- Telephone Number: (205) 655-1151
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Robby Pridmore
- Job or Title *(if known)*: RN Case Manager
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: (205) 601-4169
- E-mail Address *(if known)*:

Defendant No. 3
- Name: Steve Carman
- Job or Title *(if known)*: Interim Branch Manager
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: (205) 388-3452
- E-mail Address *(if known)*:

☐ Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.

07/26/17                                    Jemica Rowe
Date                                        Participant Signature

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Kim Bullock
- Job or Title *(if known)*: Corporate Compliance Officer
- Street Address: 245 Cahaba Valley Pkwy, #110
- City and County: Pelham
- State and Zip Code: AL 35124
- Telephone Number: 877-231-0321
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Jim Johnson
- Job or Title *(if known)*: HR Director
- Street Address: 245 Cahaba Valley Pkwy, #110
- City and County: Pelham
- State and Zip Code: AL 35124
- Telephone Number: 877-231-0321
- E-mail Address *(if known)*:

Defendant No. 3
- Name: Denise Sullivan
- Job or Title *(if known)*: (RN/PCC/Supervisor)
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: 205-586-3890
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

    Defendant No. 4

        Name                         Elaine Beach

        Job or Title *(if known)*     Office Manager

        Street Address

        City and County

        State and Zip Code

        Telephone Number      (205) 907-0090

        E-mail Address *(if known)*

**C.**   **Place of Employment**

    The address at which I sought employment or was employed by the defendant(s) is:

        Name                         Comfort Care Home Health

        Street Address            1976 Gadsden Hwy #205

        City and County         Trussville, Jefferson

        State and Zip Code     AL   35235

        Telephone Number      (205) 655-1157

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

   ☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

        *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

   ☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

        *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

Relevant state law *(specify, if known)*:

Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me
☑ Termination of my employment
☐ Failure to promote me
☑ Failure to accommodate my disability
☐ Unequal terms and conditions of my employment
☑ Retaliation
☑ Other acts *(specify)*: Racial Discrimination/Equal Pay Act

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s): _Sometime between 04/01/16 - 05/02/16_

C.     I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me

☐ is/are not still committing these acts against me

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race _____

☐ color _____

☐ gender/sex _____

☐ religion _____

☐ national origin _____

☐ age *(year of birth)* _____
*(only when asserting a claim of age discrimination)*

☑ disability or perceived disability *(specify disability)* _____

E.     The facts of my case are as follows. Attach additional pages if needed. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Page **5** of 7

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: 08/02/2016 attempted 10/2016 to file 2nd charge, 02/16/2017 completed 2nd charge

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter

☑ issued a Notice of Right to Sue letter, which I received on *(date)*: _____ week of 04/24/17

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed

☐ less than 60 days have elapsed

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am not exactly sure how much this case would be worth, however, I am asking for at least $30,000.00 to account for the fact that, I am a single parent with a 14yr old daughter, I have had 2-open heart surgeries & have a pacemaker, I suffer from Anxiety, my condition was aggravated because of all the undue stress placed on me in regards to not receiving pay for visits (numerous) conducted, utilities being turned off as a result of this, and on top of everything, I am a nurse, who was locked out of the system, unable to complete my notes & had false allegations filed against me on behalf of a patient they knew was non-compliant and this could cause me to lose my license (possibly)

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 07/26/17

Signature of Plaintiff: Jemica Rowe

Printed Name of Plaintiff: Jemica Rowe

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

**Robby Pridmore** — made open racial rema[rks]
(RN Case Mgr)   during case conference in [the]
presence of all nursing s[taff]
both LPNs/RNs, all super[visors]
Scheduler, and Branch Ma[nager]
all present, all of whom [laughed]
and found his remarks [to be]
amusing.

**Elaine Beach** — Breech of Confidentiality
(Office Manager)   (spoke with another employee
about my disability, verbalized
aloud ~~in the office~~ that I was the indiv[idual]
who went over to corporate a[nd]
lodged the complaint of "Racia[l]
Discrimination" during the
course of an investigation
being conducted in the office[.]

**Steve Carman** — made threats to try and force
(Branch Manager)   me to move out of the area
currently working in order to
accommodate Robby Pridmore;
coerced & conspired with specific
nurses to go inside of patients
homes after me to influence
patients decisions negatively
against me & provide
defensive charting, under-
mining my nursing judgement;
submitted false reports/complaint[s]
against me in order to
make it appear that need
for me in that particular
area was scarce, due to
patients not wanting me to
[come] back to their homes

Kim Bullock (Corporate Compliance Officer) — on 05/02/16 when complaint was made she stated "Are you sure he wasn't referring to Aunt Jemima syrup?" Then she chuckled. After she saw that I was displeased with her comment she appeared in meeting on 05/20/16 with at least 4-5 patient complaints, which I had none since my hire date of 02/01/17.

Jim Johnson (HR Director)

↳ phoned me on 09/01/17 and asked if I was recording the phone call, then proceeded to tell me he would be mailing me a severance package for my silence; on 05/02/16 he requested that I turn in an updated letter from ADVRS in regards to my disability, even after he was notified that Steve Carman was asked on 1st day of orientation if he needed an updated copy.

Denise Sullivan — placed me in compromising positions, thereby, putting my life in danger
(RN/Patient Care Coord./Supervisor)

- Ignored claim of sexual harrassment lodged against a patient, publicly, via e-mail (company) for all employees to see
- Sent me into the home of a patient that was suicidal in which patient should have already been committed prior to assigning visit to me.

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jemica L. Rowe<br>8941 Roebuck Blvd.<br>Birmingham, AL 35206 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL. (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2016-02880 | Glenda J. Muldrow,<br>Investigator | (205) 212-2138 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*                                              APR 24 2017

Enclosures(s)     **Delner Franklin-Thomas,**             *(Date Mailed)*
                  **District Director**

cc:   **Comfort Care Home Health Services, LLC**
      **C/o Spencer A. Kinderman, Esq.**
      **Harbuck Keith & Holmes, LLC**
      **3595 Grandview Parkway, Suite 400**
      **Birmingham, AL 35243**

Enclosure with EEOC
Form 161 (11/09)

**INFORMATION RELATED TO FILING SUIT**

UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS  --  **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS  --  **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION  --  **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE  --  **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2016-02880 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Jemica L. Rowe | (205) 706-1673 | [redacted] |

Street Address: 8941 Roebuck Blvd., Birmingham, AL 35206
City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| COMFORT CARE | Unknown | (205) 942-6820 |

Street Address: 245 Cahaba Valley Parkway, Pelham, AL 35124

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  |  |  |

Street Address:

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-01-2016     Latest: 08-01-2016
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My race is Black. I was hired by the above-named employer on February 1, 2016 as a LPN. My immediate supervisor is Khristy Bush. Upon my hire I presented to Elaine Beach, Office Manager, a notice from the Alabama Department of Vocational Rehabilitation Services (ADVRS) regarding my disability. The letter clearly spelled out any reasonable accommodation needed to successfully perform in my position. On March 1, 2016, I overheard Beach and another co-worker discussing my disability in an open area. Since that time my work has been scrutinized and questioned by other employees who doubt I have followed instructions. I was also instructed by HR to get an updated letter from ADVTS, only three months after the document was initially accepted.

During the week of April 24, 2016, through April 30, 2016, my schedule was taken away because my patient notes were not caught up, however similarly situated White employees were allowed to continue working under the same circumstances.

On several occasions I have been offended by comments of a racially derogatory manner from my co-workers in the presence of management. The most recent occurred during a case conference meeting on April 26, 2016, during which

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Aug 02, 2016      /s/ Jemica Rowe
Date                   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED AUG 0 2 2016
E.E.O.C.
BIRMINGHAM DISTRICT

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2016-02880 |

and EEOC

*State or local Agency, if any*

time comments were verbalized that tend to look down on African-Americans and the area to which we reside. Several co-workers stated the assignments were unfair in that they did not what to go to the hood, or go to the ghetto, and the co-workers made comments about African-Americans women answering their doors with scarfs tired around their heads referring to them as Aunt Jemima. You could see from the faces of other Black co-workers that they too were offended however, no one spoke up. No supervisory or management official took action to end the inappropriate comments during the meeting.

I complained on May 2, 2016, to the corporate compliance officer, regarding the discriminatory, demeaning, unprofessional, and insulting comments. Approximately one week later an investigation commenced and interviews were conducted at the Trussville location. I was made aware through a co-worker that my name was divulged as the one who filed a complaint. I again called corporate to complain that confidentiality had been breached. My complaint went from the corporate compliance office to HR Kelly Holmes and to HR Director Jim Johnson. I was equally offended when the compliance officer asked Are you sure he was not referring to Aunt Jemima syrup? while chuckling. The Company then concluded the remaining investigative interviews at the Hoover location. The follow-up meeting, held May 20, 2016, regarding the Company's investigation resulted in a change in my work area, the assignments of new patients, the assignments being spread widely across many areas, discussions regarding alleged patient complaints, and add-on to my schedule without notice. I was not apprised of any action was imposed against my co-workers.

I believe that I was discriminated against on the basis of my race and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended. I further believe that I was discriminated against on the basis of my disability in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Aug 02, 2016<br>*Date* — *Jemica Rowe* — *Charging Party Signature* | NOTARY – *When necessary for State and Local Agency Requirements*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)*<br><br>RECEIVED AUG 0 2 2016<br>E.E.O.C.<br>BIRMINGHAM DISTRICT |
|---|---|