FILED
2017 Sep-22 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

September 20, 2017

Plantiff – Jemica LaShun Rowe
DOB: ■■■■■■

vs.

Defendant – Comfort Care Home Health Services, LLC, et al.

RE: Case 2:17-cv-01250-RDP (Amendment)

### Witnesses

1. Jacqueta Johnson (Former Employee-witnessed racial discrimination difference in ways Africa-American & Caucasian employees were treated in regards to assignments & leniency granted)
   5404 Court
   Fairfield, AL 35064
   (205) 500-5426

2. Eddie & Brenda Gooden
   204 Westwood Drive
   Birmingham, AL 35215
   (205)873-1329

3. Doris Jolly
   1214 Little Brook Lane
   Birmingham, AL 35235
   (205) 854-6339

4. Dorothy/Andrew Jones (Husband witnessed inappropriate remarks made by RN Case manager Robbie Pridmore inside of home during visit)
   629 24th Ct NW
   Birmingham, AL 35215
   (205) 815-2`139
   (205) 317-6862

5. Brenda & Tiffany Hamilton
   P. O. Box 2583
   Birmingham, AL 35202
   (205)721-4281

6. Edward & Marilyn Brown
   11 Westchester Court, Apt#3
   Birmingham, AL 35215
   (205) 203-4227
   (205) 835-8101

7. Monique French (Key witness, witnessed breech of confidentiality, gave me insight on everything that was going on, brought me information continuously in regards to the things that were being said & done behind my back by other RNs, LPNs, Supervisors & clerical staff)...(205) 259-9809

8. Robert Johnson
   1959 East Bend Circle, Apt #E
   Birmingham, AL 35215

9. Judy Screggins
   1835 Amberwood Drive Apt #107
   Center Point, AL 35215 (205) 720-8077

I started at Comfort Care 02/01/16, filed for racial discrimination w/corporate office 05/02/16, began to receive harsh, ill treatment w/malicious intent to cause me & my 6yr old daughter harm & hardship, to include: breech of confidentiality, defamation of character, slander, coercion, several RN Case managers refused to answer their phones & communicate w/me on behalf of the patients, I was later offered severance package in exchange for my silence which I did not accept & then finally set up & terminated. I also have recordings that contradict a lot of what was submitted on Comfort Care's behalf if allowed.

Respectfully, I pray all is well in the way this is submitted from a legal standpoint. Otherwise, I have no clue & just would like for my story to be heard.

Respectfully yours,
Jemica Rowe

 Gmail                    Jemica Rowe <rowejemica2010@gmail.com>

## Letter
1 message

**Jacqueta Johnson** <jacquetarjohnson@gmail.com>          Mon, Jul 24, 2017 at 5:11 PM
To: rowejemica2010@gmail.com

July 21, 2017

To whom it may concern:

As an employee at Comfort Care Home Health, there were a few occasions where I witnessed racial comments. One incident that comes to mind, is when we were assembled together in case conference and discussing a patient. The patient apparently answered the door to allow the nurse to enter the home. The said patient was wearing a scarf tied around her head. The particular nurse made a comment stating that the patient looked like "Aunt Jemima", and the nurse began to laugh. It was not an uncommon thing to hear derogatory biased comments regarding black people or so called black neighborhoods. Many time I would go into the office and when spoken to by Elaine, it would always be Hey girl and not by name. I felt really mistreated by office manager Steve Carmen, because as I turned in my 2-week resignation letter in November. When Steve was notified, once he saw me, he informed me that I would not be eligible for rehire. At the time when he made this comment to me, I had a lot going on in my life and did not comment.

Another topic that I would like to comment on is, late documentation of visit notes. This was an ongoing issue not just by 1 or 2 clinicians, but multiple clinicians every month. At every case conference, especially prior to the end of the month, topic for discussion included clinicians needed to have visit notes completed before the end of the month.

I would be happy to witness on behalf of Jemica Rowe, if needed.

Sincerely,

Jacqueta Johnson