# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEMICA LASHUN ROWE,** | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | } Case No.: 2:17-cv-01250-RDP |
| | } |
| **COMFORT CARE HOME HEALTH** | } |
| **SERVICES, LLC, et al.,** | } |
| | } |
| Defendants. | } |

## ORDER OF DISMISSAL

This case is before the court on Plaintiff's failure to comply with the November 2, 2017 Order of this court. (Doc. # 12). In that Order, the court directed Plaintiff, who is proceeding *pro se*, to amend her Complaint on or before November 17, 2017, to more clearly state a claim upon which relief can be granted, in accordance with the court's September 26, 2017 Order. (*Id.*). The November 2, 2017 Order included language that warned Plaintiff that "[f]ailure to file a Second Amended Complaint will result in the dismissal of this action for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*). The November 17, 2017 deadline has come and passed, and as of the date of entry of this Order, Plaintiff has not filed her Second Amended Complaint or requested an extension of time.

The Federal Rules of Civil Procedure "expressly authorize a district court to dismiss a claim, including a counterclaim, or entire action for failure to prosecute or obey a court order or federal rule." *State Exchange Bank v. Hartline*, 693 F.2d 1350, 1352 (11th Cir. 1982); *see* Fed. R. Civ. P. 41(b)-(c). Additionally, a district court has "inherent . . . authority to enforce its orders and ensure prompt disposition of legal actions." *State Exchange*, 693 F.2d at 1352.

Plaintiff has failed to obey the court's November 2, 2017 Order, and has remained silent since the entry of that Order, despite the court's express warning about the consequences of her failure to comply.  (Doc. # 12).  Accordingly, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Plaintiff at her address of record.

**DONE** and **ORDERED** this November 28, 2017.

*[signature]*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE